THIS ORDER IS APPROVED.

Dated: January 13, 2010



*James M. Marlar*
JAMES M. MARLAR
Chief Bankruptcy Judge

JOSEPH W. CHARLES, P.C.
5704 West Palmaire Avenue
P.O. Box 1737
Glendale, Arizona 85311-1737
Phone: (623) 939-6546
Fax: (623) 939-6718
attyjcharles@joecharles.com

JOSEPH W. CHARLES
State Bar No. 003038
Attorney for Debtors

# IN THE UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA, PHOENIX DIVISION

| | |
|---|---|
| In re: | Chapter 13 Proceedings |
| Walter and Suzanne Garcia | Case No. 2:09-bk-14438 |
| Debtors. | **ORDER** |

Pursuant to the Motion for Moratorium filed by Debtors, and good cause appearing,

IT IS HEREBY ORDERED granting Debtors a Moratorium on the December, 2009 to February, 2010, Chapter 13 Plan Payments. Plan payments are to begin March 25, 2009.

DONE IN OPEN COURT THIS _____ day of _____, 2009.

_____